# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CRYSTAL GALBREATH, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 1:23-cv-02132-PAG |
| vs. | ) ) |
| SANOFI US SERVICES, INC., et al., | ) ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Crystal Galbreath and Defendants sanofi-aventis U.S. LLC and Sanofi US Services, Inc., hereby stipulate to the dismissal of this action with prejudice with each party to bear its own attorney's fees and costs.

Dated: December 19, 2024

Respectfully submitted,

/s/ Russell Lewis (with permission)
Russell Warren Lewis, IV
Pierce Jones
Johnson Law Group
2925 Richmond Avenue
Suite 1700
Houston, TX 77098
Telephone: 615-200-1122
rlewis@johnsonlawgroup.com
PJones@johnsonlawgroup.com

*Attorneys for Plaintiff Crystal Galbreath*

/s/ Matthew E. DePaz
Matthew E. DePaz
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816-474-6550
Fax: 816-421-5547
mdepaz@shb.com

Paul N. Garinger
Samantha Pugh
Barnes & Thornburg
41 South High Street, Ste. 3300
Columbus, OH 43215
Phone: (614) 628-0096
pgaringer@btlaw.com
spugh@btlaw.com

*Attorneys for Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc.*