# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CRYSTAL GALBREATH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:23-cv-02132-PAG |
| vs. | ) |
| | ) |
| SANOFI US SERVICES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Crystal Galbreath and Defendants sanofi-aventis U.S. LLC and Sanofi US Services, Inc., hereby stipulate to the dismissal of this action with prejudice with each party to bear its own attorney's fees and costs.

SO ORDERED.
/s/ Patricia A. Gaughan
1/2/25

Dated: December 19, 2024                                  Respectfully submitted,

*/s/ Russell Lewis* (with permission)            */s/ Matthew E. DePaz*
Russell Warren Lewis, IV                              Matthew E. DePaz
Pierce Jones                                                      SHOOK, HARDY & BACON L.L.P.
Johnson Law Group                                         2555 Grand Boulevard
2925 Richmond Avenue                                 Kansas City, MO 64108
Suite 1700                                                         Telephone: 816-474-6550
Houston, TX 77098                                         Fax: 816-421-5547
Telephone: 615-200-1122
rlewis@johnsonlawgroup.com                     mdepaz@shb.com
PJones@johnsonlawgroup.com
                                                                            Paul N. Garinger
*Attorneys for Plaintiff Crystal Galbreath*     Samantha Pugh
                                                                            Barnes & Thornburg
                                                                            41 South High Street, Ste. 3300
                                                                            Columbus, OH 43215
                                                                            Phone: (614) 628-0096
                                                                            pgaringer@btlaw.com
                                                                            spugh@btlaw.com

*Attorneys for Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

1